# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| THOMAS SHELTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GREEN TREE SERVICING LLC *et al.*, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:15-cv-00255-JAG |

## GREEN TREE SERVICING LLC'S
## OBJECTIONS TO PLAINTIFF'S REBUTTAL WITNESS LIST

Green Tree Servicing LLC ("Green Tree"), now known as Ditech Financial LLC, by and through counsel object to the following witnesses being proposed by Plaintiff on the bases set forth below:

| Plaintiff's Rebuttal Witness # | Plaintiff's Witness | Defendant's Objection |
|---|---|---|
| 1 | Amber Smith (if she is not otherwise excluded from testifying) | No objection. |
| 2 | Jeremiah Pickett (if he is not otherwise excluded from testifying) | No objection. |
| 3 | Witness designated or disclosed by the Defendant | No objection. |

Respectfully submitted,

Dated: December 9, 2015
/s/ Theodore R. Flo
Constantinos G. Panagopoulos (Va. Bar No. 33356)
Theodore R. Flo (Va. Bar No. 79256)
BALLARD SPAHR LLP
1909 K Street, NW - 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
flot@ballardspahr.com
cgp@ballardspahr.com

Martin C. Bryce, Jr. (I.D. No. 59409)
*Admitted Pro Hac Vice*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864.8238
Facsimile: (215) 864.8999
bryce@ballardspahr.com

*Counsel for Defendant Green Tree Servicing LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 9th day of December 2015, filed the foregoing via the Court's ECF filing system which served a copy to counsel for all parties to the case.

/s/ Theodore R. Flo
Constantinos G. Panagopoulos (Va. Bar No. 33356)
Theodore R. Flo (Va. Bar No. 79256)
BALLARD SPAHR LLP
1909 K Street, NW - 12th Floor
Washington, DC  20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
flot@ballardspahr.com

*Counsel for Defendant Green Tree Servicing LLC*