**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **THOMAS SHELTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 3:15-cv-00255-JAG |
| | ) | |
| **GREEN TREE SERVICING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S RESPONSES TO DEFENDANT GREEN TREE SERVICING, LLC'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiff Thomas Shelton, by counsel, and in response to Defendant Green Tree Servicing, LLC's Objections to his Exhibit List, states as follows:

| | PLAINTIFF'S WITNESSES | DEFENDANT'S OBJECTIONS | PLAINTIFF'S RESPONSE |
|---|---|---|---|
| 1. | Thomas Shelton | No objection, other than those set forth in Green Tree's motions in limine and objections as to any hearsay or otherwise objectional testimony this witness may offer at trial pertaining to, for example, out of court statements of third parties. | Defendant's objections should be overruled for the reasons stated in Plaintiff's Opposition to Green Tree's Motion in Limine (Dkt. No. 84) and to the extent Green Tree's other objections speculate about his trial testimony, Plaintiff will address that when the objection is properly raised at trial. |
| 2. | Evan Hendricks | Objection, this witness has not been qualified as an expert to testify in this case; further, the issues in this case are within the province of the judge and jury, thus no expert is necessary; further objections to this witness have been made in Green Tree's motion challenging Plaintiff's expert designation. | Defendant's objections should be overruled for the reasons stated in Plaintiff's Opposition to Green Tree's Motion in Limine to Preclude Evan Hendricks (Dkt. No. 85) and to the extent Green Tree's other objections speculate about whether he will be properly qualified through his testimony at trial, Plaintiff will address that when the objection is properly raised at trial. |

| PLAINTIFF'S WITNESSES | DEFENDANT'S OBJECTIONS | PLAINTIFF'S RESPONSE |
|---|---|---|
| 3. Felicia Bolling | No objection, other than those set forth in Green Tree's motions in limine and objections as to any hearsay or otherwise objectional testimony this witness may offer at trial pertaining to, for example, out of court statements of third parties. | Defendant's objections should be overruled for the reasons stated in Plaintiff's Opposition to Green Tree's Motion in Limine (Dkt. No. 84) and to the extent Green Tree's other objections speculate about her possible trial testimony, Plaintiff will address that when the objection is properly raised at trial. |
| 4. Letitia Shelton | No objection, other than those set forth in Green Tree's motions in limine and objections as to any hearsay or otherwise objectional testimony this witness may offer at trial pertaining to, for example, out of court statements of third parties. | Defendant's objections should be overruled for the reasons stated in Plaintiff's Opposition to Green Tree's Motion in Limine (Dkt. No. 84) and to the extent Green Tree's other objections speculate about her possible trial testimony, Plaintiff will address that when the objection is properly raised at trial. |
| 5. Employees of Experian Information Solutions, Inc. | Objection, this entry fails to identify a witness and should, therefore, be stricken. | Plaintiff intends to use the Affidavit of Mary Methvin to the extent necessary authenticate Experian's business records and withdraws this witness. |
| 6. Employees of Equifax Information Services, LLC | Objection, this entry fails to identify a witness and should, therefore, be stricken. | Plaintiff intends to use the Affidavit of Pamela Smith to the extent necessary authenticate Equifax's business records and withdraws this witness. |
| 7. Employees of Trans Union, LLC | Objection, this entry fails to identify a witness and should, therefore, be stricken. | Plaintiff intends to use the Affidavit of Don Wagner to the extent necessary to authenticate Trans Union's business records and withdraws this witness. |
| 8. Witness designated or disclosed by the Defendant | No objection. | |

        Respectfully Submitted,
        **THOMAS SHELTON**

_____/s/_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-9285  Facsimile
E-mail:  kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett, Esq. (VSB #37523)
Susan Rotkis, Esq. (VSB #40639)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660  Telephone
(757) 930-3662 Facsimile
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Constantinos G. Panagopoulos | Martin C. Bryce, Jr. (I.D. No. 59409) |
| Theodore R. Flo | *Admitted Pro Hac Vice* |
| BALLARD SPAHR LLP | BALLARD SPAHR LLP |
| 1909 K Street, NW - 12th Floor | 1735 Market Street, 51st Floor |
| Washington, DC 20006-1157 | Philadelphia, PA 19103 |
| Facsimile: (202) 661-2299 | Telephone: (215) 864.8238 |
| flot@ballardspahr.com | Facsimile: (215) 864.8999 |
| cgp@ballardspahr.com | bryce@ballardspahr.com |
| | *Counsel for Defendant Green Tree Servicing LLC* |

/s/
Kristi Cahoon Kelly, VSB #72791
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7576 Telephone
(703) 591-0167 - Facsimile
E-mail:   kkelly@kellyandcrandall.com
*Counsel for Plaintiff*